UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
10 MAR -5 PM 3: 25
CLERK, U.S. DIST. COURT
ST. PAUL, MN

CR 10-53 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) (29 U.S.C. § 501(c)) |
| v. | ) |
| STEVEN JAMES MCDEID, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Embezzlement of Assets)

On or about February 19, 2004 and continuing through October 15, 2008, in the State and District of Minnesota, the defendant,

**STEVEN JAMES MCDEID,**

while an officer, that is, President of National Association of Letter Carriers Branch 388, a labor organization in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $51,639.61.

SCANNED
MAR 0 5 2010
U.S. DISTRICT COURT ST. PAUL

FILED MAR 0 5 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

All in violation of Title 29, United States Code, Section 501(c).

          Respectfully submitted,

Dated: March 5, 2010

B. TODD JONES
United States Attorney

BY: ANN M. ANAYA
Assistant U.S. Attorney
Attorney ID No. 243668